AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:24-mj-00213 |
| Kennedy Lindsey , (DOB: XXXXXXXXX) | ) | Assigned to: Judge Upadhyaya, Moxila A. |
| Danielle Lacy, (DOB: XXXXXXXX) | ) | Assign Date: 7/2/2024 |
|  | ) | Description: COMPLAINT W/ ARREST WARRANT |
|  | ) | |
|  | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 1, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

*Code Section*                                              *Offense Description*

18 U.S.C. §§ 1752(a)(1) and (b)(1)(A) - Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon,
18 U.S.C. §§ 1752(a)(2) and (b)(1)(A) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon,
18 U.S.C. §§ 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. §§ 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
40 U.S.C § 5104(e)(1)(A)(i) - Carry or Have a Firearm, a Dangerous Weapon or Explosives on the Grounds or in any of the Capitol Buildings.
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds, and
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __07/02/2024__                                        _____
                                                              *Judge's signature*

City and state:  __Washington, D.C.__           Moxila A. Upadhyaya, U.S. Magistrate Judge
                                                              *Printed name and title*